UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60807-WPD

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, PURPLE INNOVATION, LLC, by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement.

**I.   Interested Parties**

The persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    A.    Purple Innovation, LLC, Plaintiff

    B.    Purple Innovation, Inc., Parent corporation

    C.    Plaintiff's counsel, Boies Schiller Flexner LLP

    D.    The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, Defendants

II.     **Corporate Disclosure Statement**

Plaintiff hereby certifies that there are no parent corporations and/or publicly held corporations owning 10% or more of its stock.

Dated: April 28, 2025                                    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Attorney for Plaintiff PURPLE INNOVATION, LLC*