UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60807-WPD

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**[PROPOSED] ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Extend *Ex Parte* Temporary Restraining Order, Reschedule Hearing on Its Motion for Preliminary Injunction, and Extend the Briefing Deadlines ("Motion"). Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**.

1. The June 13, 2025, hearing date presently set forth by the Court's Sealed Order granting Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order (Dkt. 14) ("TRO") is rescheduled for June 27, 2025, at __:__ am/pm.

2. Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed with the Court and served on Plaintiff's counsel by June 25, 2025. Plaintiff's reply is due on June 26, 2025

3. The TRO shall remain in effect until after the conclusion of the rescheduled hearing.

**DONE AND ORDERED** in Miami, Florida, this ____ day of May, 2025.

_____
**HONORABLE WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**