UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
MAY 30 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Purple Innovation, LLC**,
Plaintiff.

v.

**Moran Feliba, eBay accounts - netanelkim32 and Rotem1**,
Defendant (Pro Se),

William P. Dimitrouleas
**Honorable Judge**

Magistrate Judge Patrick M. Hunt
**Honorable Magistrate Judge**

**Case No. [0:2025-cv-60807]**

## MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR ELECTRONIC ACCESS TO FUTURE PROCEEDINGS

To the Honorable Judge of the United States District Court for the Southern District of Florida:

I, **Moran Feliba**, respectfully submit this **Motion to Dissolve the Preliminary Injunction** currently in place against operated by me **eBay selling accounts**, and additionally request that the Court allow me to participate in all future proceedings electronically. I submit this motion as a **sole proprietor representing myself (Pro Se)** and not on behalf of any company or corporate entity.

## I. REQUEST TO REMOVE CURRENT PRELIMINARY INJUNCTION

1. I respectfully move the Court to **remove or dissolve the existing preliminary injunction** that has been imposed on my operated eBay accounts.

2. This injunction has **effectively frozen my online business**, even though the **specific items that gave rise to the lawsuit were never sold(Based on eBay Records)**, and **no profit was generated** from them.

3. My eBay accounts have in total around **20,000 unrelated items**, all of which are now blocked to get payment as a result of this injunction, causing **catastrophic financial harm** and threatening the viability of my sole source of income. Every day the loss for my accounts not working is around $200-400, much higher than the initial cost of the items(30-50$) in question in lawsuit which weren't even ever sold.

## II. IRREPARABLE HARM TO A SOLE PROPRIETOR

4. I am a **sole proprietor**, not a company or LLC, and I am therefore directly and personally impacted by this injunction.

5. The **injunction has caused a complete hold on all funds and cash flow** through my online business accounts. I am now unable to pay for business expenses, suppliers, or even personal needs.

6. The items at issue in the lawsuit represent **a tiny fraction** of my listings. The **blanket impact of this injunction is disproportionate**, punishing my entire livelihood for a matter that has not even involved a completed sale.

## III. INTERNATIONAL BARRIERS TO COMPLIANCE

7. I reside in **Israel**, which makes physical mailing of legal documents to the Court extremely difficult, costly, and slow.

8. I respectfully request permission to participate in this case **electronically**, including:

    - Submitting filings via email or electronic systems;
    - Receiving notices and service electronically; and
    - Attending any hearings remotely via video conference.

## IV. CONCLUSION

I respectfully ask this Court to:

1. **Dissolve the current preliminary injunction** that is disabling my eBay accounts and destroying my ability to operate as a sole proprietor; and

2. **Permit me to participate in this case electronically**, due to my status as an Israeli citizen with substantial international barriers to physical mail communication.

I appreciate the Court's time and consideration of this urgent matter.

Respectfully submitted,
**Moran Feliba**(Pro Se)
**eBay accounts netanelkim32 and Rotem1**
Efraim Katzir 10
Hod Ha Sharon
Israel
asirubin86@gmail.com
+9720507722269
**Dated:** 05/28/2025



Moran-feliba
19421 NE 22nd Rd
N. Miami Beach, FL 33129



Retail

U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL 33180
MAY 28, 2025
33128
$4.85
RDC 99
S2324H503172-56

U.S. District Court
Southern District of Florid
Wilkie D. Ferguson Jr. U.S. Courthouse
400 N. Miami Ave
Miami, FL 33128

Case # 2025-CV-60807
Attention: Pro Se Filings

33128-771899

9589 0710 5270 2576 2091 98



CERTIFIED MAIL

9589 0710 5270 2576 2091 98