UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60807-WPD

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, PURPLE INNOVATION, LLC, voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 18 | Auvivasital-US | https://www.amazon.com/sp?seller=A3IGD54GQO6RL1 |
| 24 | CLLXDZ | https://www.amazon.com/sp?seller=A21Q9XEDWR3VK1 |
| 28 | GYDZSW | https://www.amazon.com/sp?seller=A1W4YHY79YXRPK |
| 50 | SANHEKEJI | https://www.amazon.com/sp?seller=AS7XTXXW8QHEQ |
| 59 | Wiesumirt-US | https://www.amazon.com/sp?seller=A3K0OXGHB8UI6K |

Dated: June 27, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8450
Email: lsalomon@bsfllp.com

*Attorney for Plaintiff*
*PURPLE INNOVATION, LLC*

1